**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| OFFICE OF THE U.S. TRUSTEE : | |
| : | |
| v. : | |
| : | Civil Action No. CCB-08-755 |
| FIELDSTONE MORTGAGE COMPANY : | |

...o0o...

## AMENDED ORDER

For the reasons stated in the Memorandum issued November 5, 2008, it is hereby

**ORDERED** that:

1. The United States Trustee's Appeal is **GRANTED**; and

2. The Order of the United States Bankruptcy Court for the District of Maryland in Case No. 07-21814-JS dated February 27, 2008 (docket entry no. 259) is **REVERSED** and the case is remanded for further proceedings consistent with this opinion; and

3. The Clerk shall **CLOSE** this case.

  November 21, 2008                                    /s/
            Date                                            Catherine C. Blake
                                                      United States District Judge